UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAVEL ZEIGLER, AU2467, <br> Petitioner, <br> v. <br> J. BENAVIDEZ, Warden, <br> Respondent. | Case No. 23-cv-03370-SK  (PR) <br><br> **ORDER OF TRANSFER** |

Petitioner seeks federal habeas review of a conviction from Butte County Superior Court, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b).  He is incarcerated at the California Medical Facility in Vacaville, Solano County, which also lies within the venue of the Eastern District of California. See id.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Because Butte County lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition (and accompanying application to proceed in forma pauperis under 28 U.S.C. § 1915) be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: July 10, 2023



———————————————————
SALLIE KIM
United States Magistrate Judge