UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAVEL ZEIGLER,<br><br>  Petitioner,<br><br>  v.<br><br>J. BENAVIDEZ, WARDEN,<br><br>  Respondent. | No.  2:23-cv-1365 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF Nos. 1, 2, 9.

　　　Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

　　　The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the same conviction and sentence challenged in this case.  The previous application was docketed on March 7, 2018, and it was denied on the merits on April 7, 2021. See Ziegler v. Fox, No. 18-0578 TLN DMC P, ECF Nos. 1, 26, 27 (habeas petition, judgment and order, respectively).

////

1

Before petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed without prejudice to its re-filing upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall randomly assign a District Judge to this action, and

2. Petitioner's application to proceed in forma pauperis (ECF No. 2 ) is GRANTED.

IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 2, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE